IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TONY GUIN                                                                                                  PLAINTIFF

V.                                                                                   NO. 1:12-CV-244-DMB-DAS

CHASE HOME FINANCE, LLC, et al.                                                       DEFENDANTS

## FINAL JUDGMENT

This matter is before the Court on the joint motion of the parties to dismiss all of the claims asserted in this lawsuit. The Court has considered the motion and finds that it should be granted. Accordingly,

IT IS HEREBY ORDERED that:

1. The joint motion to dismiss [151] is granted.

2. The pending motions for summary judgment [139][146] and motions to strike certain expert witnesses [141][143] are denied as moot.

3. This case is dismissed with prejudice, with each party to bear its own costs.

THIS the 30th day of June 2014.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**